437 A.2d 1223

**COMMONWEALTH of Pennsylvania**

v.

**Edward Goodman AFRICA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 23, 1981.

Marilyn Gelb, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM.

Judgment of sentence affirmed.